IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | CASE NO.  5:23-CR-63 (MTT) |
| ) | |
| JULIAN DERWAYNE COKER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### SCHEDULING ORDER

This matter is before the Court pursuant to the government's motion to declare the case complex, extend the deadlines in the standard pretrial order, continue the case from the March trial term, and specially set the trial.  Doc. 164.  For the following reasons, the motion is **GRANTED**.  However, if any defendant contends the case should not be declared complex, that defendant may file an objection within ten (10) days of the entry of this Order.  If a defendant who has not had an initial appearance objects, that defendant may file an objection within ten (10) days of that initial appearance.

The December 13, 2023 indictment alleges twenty-one criminal counts, including conspiracy to distribute methamphetamine, along with substantive counts of distribution and possession with intent to distribute methamphetamine, as well as firearms charges, against fifteen defendants.  Doc. 1.  Twelve defendants have had their initial appearance and arraignment.  Defendants Julian Derwayne Coker and Tamika Lavada Jones had their initial appearance and arraignment on January 11, 2024.  Docs. 34; 39. Defendant Jonathan Paul Pieri had his initial appearance and arraignment on January

16, 2024.  Doc. 47.  Defendants Vanessa Renee Wright and Lisa Nanette McNeer had their initial appearance and arraignment on January 17, 2024.  Docs. 60; 71.  Defendant Zackee Laquan Rahman had his initial appearance on January 19, 2024, and his arraignment on January 23, 2024.  Docs. 85; 106.  Defendant Brandy Nichole Howard had her initial appearance and arraignment on January 23, 2024.  Doc. 97.  Defendants Cedric Lavar Wimbush, Carr Glover Dodson, and Rodney Sentell Hardin had their initial appearance and arraignment on January 31, 2024.  Docs. 122; 127; 133.  Defendant Melvin Grady Bates had his initial appearance and arraignment on February 1, 2024.  Doc. 165.  Defendant Jonathan Kelly McBride had his initial appearance and arraignment on February 2, 2024.  Doc. 158.  Defendant Fred Lee Roberts had his initial appearance and arraignment on February 9, 2024.  Doc. 182. Defendants Mitchell Centell Robinson and Erin Marie Jones have not yet been appeared for their initial appearance and arraignment.

The Court issued orders placing twelve of the arraigned defendants on the March trial term.  Docs. 113; 162.  The government now requests the Court (1) declare the case complex, (2) extend the deadlines in the standard pretrial order, (3) continue the case from the March trial term, and (4) specially set the trial.  Doc. 164.  The government's investigation—culminating in this case—began in early 2022 and included controlled purchases of methamphetamine, wiretap interceptions, and search warrants for multiple premises.  *Id.*  ¶ 1.  Accordingly, the discovery in this case is voluminous, with approximately 100 gigabytes of information including documents, photographs, audio and video recordings, and intercepted calls and text messages.  *Id.* ¶ 4.  Based on the government's knowledge of the materials and information contained in the

discovery materials, the government submits that defense counsel will need additional time to review the discovery, determine whether to file any pretrial motions, and prepare for trial.  *Id.* ¶ 7.

The Court finds the case complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), due to the number of defendants and the nature of the prosecution.  Further, pursuant to § 3161(h)(7)(A), the Court finds the trial should be specially set by the Court to allow the parties adequate time to review discovery materials, conduct necessary investigations, and prepare for trial.  For the reasons stated, any delay outweighs the best interests of the public and the defendants to a speedy trial.  Accordingly, the government's motion (Doc. 164) is **GRANTED**.

The case shall be continued from the March term and specially set for trial beginning on January 13, 2025.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

The Court amends and supplements the Standard Pretrial Order as follows:

| Date | Event |
|---|---|
| 3/5/2024 | The government shall discharge its discovery obligations as set forth in paragraphs 1, 4-10 of the Standard Pretrial Order. |
| 4/16/2024 | Defense discovery, as outlined in paragraph 2 of the Standard Pretrial Order, due. |
| 6/18/2024 | Motions, other than motions in limine, due. |
| 7/2/2024 | Motion responses due. |
| 7/16/2024 | • Motion replies due.<br>• Government's expert notices due. |
| 8/6/2024 | Rule 404(b) notices due. |
| 8/27/2024 | Defense expert notices due. |
| 9/10/2024 | Motions hearing and/or status conference. |
| 11/11/2024 | The defendants shall file an announcement regarding their intention to either proceed to trial or enter a change of plea |
| 11/15/2024 | Motions in limine due. |

| Date | |
|---|---|
| 11/29/2024 | • Proposed voir dire questions due **(limited to 20)**.  Counsel are reminded that copies of juror questionnaires are available in the Clerk's Office.  It is the responsibility of each attorney to review these questionnaires prior to trial.  Voir dire questions may not repeat material contained in the questionnaires.<br>• Requests to Charge due.<br>• Proposed verdict form due.<br>• Motion in limine responses due. |
| 12/13/2024 | Voir dire objections due. |
| 1/7/2025 | Final pretrial conference. |
| 1/10/2025 | • Counsel shall email a proposed exhibit list and a proposed witness list to the courtroom deputy with a copy to opposing counsel at Kim_Tavalero@gamd.uscourts.gov no later than **NOON.**<br>• Electronic evidence files should be provided to the courtroom deputy on a thumb drive no later than **the first day of trial.**  Please review the Court website page regarding courtroom technology http://www.gamd.uscourts.gov/technology, specifically the instructions concerning the Jury Evidence Recording System (JERS). |
| 1/13/2025 | Trial commences. |

Except as modified in this Order, the standard pre-trial order remains in effect.

**SO ORDERED,** this 9th day of February, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT